FILED

2010 Mar-31  PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **CIVIL NO. 5:10-CV-00275-AKK** |
| ) | |
| **PRINCESS ROBINSON, MD** ) | |
| ) | |
| ) | |
| Defendant. ) | |

## <u>FINDINGS AND CONCLUSIONS</u>

Before the court is Plaintiff United States' Motion for Default Judgment

against Defendant Princess Robinson pursuant to Rule 55 of the Federal Rules of

Civil Procedure.  Doc. 5.  The Court makes the following findings and

conclusions:

1.   Plaintiff served Defendant with the Summons and Complaint on

February 11, 2010[1]; Defendant has failed to appear, plead, or otherwise defend.

2.   Defendant is not an infant or incompetent person, nor has Defendant

---

[1]Although the address listed for Defendant on the Summons is 6505 Willow Springs
Boulevard NW, Huntsville, Alabama 35806, Plaintiff executed the summons at 634 Dozier
Road, Ardmore, Alabama 35739, which appears to be Defendant's current address.  Plaintiff has
represented to this court that it served a copy of its motion for default judgment on Defendant at
the Dozier Road address, and this court mailed copies of its orders to the Dozier Road address
after copies mailed to the Willow Springs Boulevard were returned as undeliverable.

been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.   Defendant is indebted to Plaintiff in the principal sum of $47,546.07, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), accrued interest of $376.76 through March 8, 2010, at the rate of 3.25% percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $0.00, and costs of process service of $55.00.

4.   Plaintiff is due to recover from Defendant the total sum of $48,327.83, plus interest from March 8, 2010, until date of judgment at the rate of 3.25% percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full.  A judgment will enter accordingly.


DONE this the 31st day of March, 2010.


**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE